UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>Robert M. Gossin and<br>Sheryl A. Gossin<br><br><br>Robert M. Gossin and<br>Sheryl A. Gossin<br><br>Ocwen Loan Servicing LLC | Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | ) BK No.: 12-82583<br>)<br>) Chapter: 13<br>)<br>) Honorable Manuel Barbosa<br>)<br>)<br>)<br>) Adv. No.: 12-96126<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### Order on Debtors' Motion for Entry of Default Judgment

This matter before the Court on Debtors' Motion for Entry of Default Judgment, the Defendant Ocwen Loan Servicing LLC, having been served effective August 1, 2012, and having failed to respond, IT IS ORDERED:

A Default Judgment is entered declaring the lien of the Defendant Ocwen Loan Servicing LLC as wholly unsecured.

Defendant Ocwen Loan Servicing LLC is directed to record a proper release with the Boone County Recorder, releasing said lien within 30 days of completion of the confirmed plan.

Any claim filed in the case relating to said lien of Ocwen Loan Servicing LLC is declared as unsecured and classified accordingly.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated: OCT - 5 2012

**Prepared by:**

Law Offices of Henry Repay
930 W. Locust Street
Belvidere, IL 61008
(815) 547-3369
Fax (815) 544-5429
Attorney No. 06199079

Rev: 20110318_apo